IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JEAN KERCHER : <br> : <br> Plaintiff : <br> : <br> v. : <br> : <br> THE READING MUHLENBERG : <br> CAREER & TECHNOLOGY CENTER : <br> : <br> Defendant : | CIVIL ACTION NO. 15-06674 |

**ORDER**

AND NOW, this   5th   day of December, 2016, upon consideration of the Defendant's Motion to Dismiss (Docket No. 5), the Response to the Motion (Docket No.9), Defendant's Reply Brief (Docket No. 12), and Plaintiff's Supplemental Brief in Response (Docket No. 14), and for the reasons stated in the accompanying Memorandum,

IT IS ORDERED that Defendant's Motion to Dismiss is GRANTED as to Counts I and II of the Plaintiff's Complaint and Plaintiff shall have until December 27, 2016 to file a Second Amended Complaint with respect to Counts I and II.

IT IS ALSO ORDERED that Defendant's Motion to Dismiss is DENIED as to all remaining claims.

BY THE COURT

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge