IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEAN KERCHER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 15-6674 |
| v. | : | |
| | : | |
| THE READING MUHLENBERG | : | |
| CAREER & TECHNOLOGY CENTER, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 6th day of September, 2017, upon consideration of the Defendant's Motion for Summary Judgment (Dkt. No. 26) filed on June 23, 2017; Plaintiff's Response in Opposition to Defendant's Motion (Dkt. No. 29) filed on July 27, 2017; Defendant's Reply Brief (Dkt. No. 31) filed on August 10, 2017; Plaintiff's Sur-Reply Brief (Dkt. No. 38) filed on August 30, 2017; and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** as to Counts IV (Violation of Family and Medical Leave Act) and V (Violation of Due Process Rights) of Plaintiff's Complaint which are **DISMISSED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment is **DENIED** as to Count III (Retaliatory Discharge) of Plaintiff's Complaint.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN,
United States Magistrate Judge